UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TYRONE HOUSTON,

                                    **Plaintiff,**

                    -against-

ERIC ADAMS, et al.,

                                    **Defendants.**
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 6/2/2026 ___

25-CV-06494 (MMG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On Monday, June 1, 2026, the parties appeared for a conference to discuss the next steps in this litigation. As ruled from the bench, the Court finds that Defendants have conducted a sufficient investigation into the identity of the John Doe defendant who Plaintiff (proceeding *pro se*) alleges worked as "the Dyckman Job Center Supervisor for 1/6/2023, at 8:30AM-4PM." See ECF No. 20, Second Amended Complaint, at ¶ 16. After a diligent search, the City of New York (the "City") determined that only a female supervisor was assigned at that time at the Dyckman Benefit Access Center. See ECF No. 45. Because the City has been unable to identify the John Doe defendant after its investigation, the Court will terminate the John Doe defendant from this action and will not require Plaintiff to file a Third Amended Complaint at this time.

Therefore, by no later than Monday, June 29, 2026, Defendants are ORDERED to answer or otherwise respond to the Second Amended Complaint, as modified by the Court's March 17, 2026 Opinion and Order docketed at ECF No. 29. Plaintiff shall file a response by no later than Friday, July 31, 2026. Defendants may file a reply by Friday, August 14, 2026.

Further, on Plaintiff's consent, all pending motions for reconsideration or other relief sought by Plaintiff, see ECF Nos. 31, 33, 35, 41, 43, 52, shall be addressed by the Honorable Margaret M. Garnett when any motion to dismiss is decided. Accordingly, if Defendants seek

dismissal, they should address Plaintiff's motions for reconsideration and sanctions in their papers.

Plaintiff is again encouraged to contact the Federal *Pro Se* Legal Assistance Project for support with his claims by calling (212) 382-4794 or emailing fedprosdny@nycbar.org.

The Clerk of Court is respectfully requested to terminate the John Doe defendant from the docket.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      June 2, 2026
            New York, New York

2