USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
**TYRONE HOUSTON,**

**Plaintiff,**

**-against-**

**ERIC ADAMS, et al.,**

**Defendants.**
-----------------------------------------------------------------X

**25-CV-06494 (MMG)(SN)**

**<u>ORDER</u>**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff, proceeding *pro se*, filed a notice of his changed address. <u>See</u> ECF No. 86. Because it is unclear whether Plaintiff received recently filed documents, Defendants are ORDERED to mail a copy of their reply briefs to the new address at: BRC Assessment Center, 146 Clay Street, Brooklyn, New York, 11222. Defendants shall file a certificate of service upon mailing.

Separately, the Clerk of Court is also directed to re-mail the orders at ECF 80-81 to the new address.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 2, 2026
New York, New York